ACCEPTED
03-15-00289-CR
7214456
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 4:28:18 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00289-CR

## IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 4:28:18 PM
JEFFREY D. KYLE
Clerk

## OF THE THIRD DISTRICT OF TEXAS

RAFAEL HERNANDEZ-PRADO,
                              Appellant

v.

THE STATE OF TEXAS
                              Appellee

Appeal in Cause No. 9767 in the
33rd Judicial District Court of Burnet County, Texas

## *Response of Appellee to Motion to Abate*

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725, Llano, Texas 78643
Telephone          Telecopier
(325) 247-5755     (325) 247-5274
g.bunyard@co.llano.tx.us

By: Gary W. Bunyard
    Assistant District Attorney
    State Bar No. 03353500
    ATTORNEY FOR APPELLEE

*Oral Argument Waived*

# I.
# HISTORY OF THE CASE

Appellant plead guilty on October 10, 2003, to the first degree felony offense of Burglary of a Habitation with Intent to Commit a Felony. RR Vol. 2 Page 7. The trial court deferred entering a finding of guilty and placed Appellant on community supervision for a period of ten years. RR Vol. 2 Page 11. On October 1, 2013, the State of Texas filed a Request for Adjudication alleging specific violations of the terms of community supervision. CR Vol. 1 [Cause No. 9767] Page 53. The trial court held an evidentiary hearing on February 13, 2015, where the trial court heard testimony from DPS Trooper Frank Randolph and then reset the matter for further proceedings. RR Vol. 3. On March 25, 2015, the trial court heard further evidence and took the matter under advisement. RR Vol. 4 Page 54. On May 4, 2015, the trial court found certain allegations of the State's Request for Adjudication to be True, revoked Appellant's community supervision, adjudicated Appellant's guilt on the offense of Burglary of a Habitation with Intent to Commit a Felony, and sentenced Appellant to serve a term of fifteen (15) years in the Institutional Division of the Texas Department of Criminal Justice. RR Vol. 5 Page 5. This appeal follows. CR Vol. 1 [Cause No. 9767] Page 72. Collateral with this appeal is the appeal of the trial court's denial of Appellant's application for writ

of habeas corpus filed pursuant to art. 11.072 of the Texas Code of Criminal Procedure. See 03-15-00290.

## II.
## ISSUE AND AUTHORITY

Appellant requests that this Court abate this appeal until such time as the trial court makes findings of fact and conclusions of law in 03-15-00290.

This Court has authority to order the abatement of an appeal to allow the trial court to correct or amend defects or irregularities. Tex. R. App. Proc. Rule 44.3; See *Quattlebaum v. State*, unpublished opinion at No. 03-15-00488-CR (Tex. App. - Austin, 2015).

In the absence of findings of fact and conclusions of law the appellate court must presume that the trial court implicitly resolved all issues of historical fact and witness credibility in the light most favorable to its ultimate ruling. *State v. Saenz*, 411 S.W.3d 488, 495 (Tex. Crim. App. 2013)(footnote 4).

## III.
## CONCLUSION

Appellant's counsel consulted with the undersigned prior to the filing of his Motion to Abate. The undersigned recognizes Mr. Prust's duty to his client in the

need to ask this Court for the relief being requested as well as this Court's authority to either grant or deny such request. The undersigned would leave the issue in the hands of this Court and would neither join nor oppose Appellant's Motion to Abate.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD & 424TH JUDICIAL DISTRICTS
Willy B. "Sonny" McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone     Telecopier
(325) 247-5755   (325) 247-5274

By: _____
    Gary W. Bunyard
    Assistant District Attorney
    State Bar No. 03353500
ATTORNEY FOR THE STATE OF TEXAS

## CERTIFICATE OF COMPLIANCE

This is to certify that the appropriate portions of the foregoing response contains 448 words according to the WordPerfect™ X7 word count tool.

_____
Gary W. Bunyard

# CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 2nd day of October 2015, to Mr. Gary Prust, counsel for Appellant, by email and eserve.

Gary W. Bunyard